IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DONALD JAMES BROWN**   **PLAINTIFF**

**V.**   **NO. 1:09CV150-P-D**

**ATTORNEY GENERAL JIM HOOD, et al.**   **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED**.

**IT IS SO ORDERED.**

THIS the 27th day of July, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE